tion of a notarial mortgage bond executed by Pedro Acosta y Nazario in Mayagüez on June 30, 1902, before Notary Juan Quintero y González, deed No. 58. Decided January 26, 1914. Bond ordered canceled. The petitioner appeared *pro se.*

---

No. 259. Ex parte Victor Burset, Petitioner.—Petition for the approval of notarial surety bond executed by the National Surety Company on January 28, 1914. Decided January 28, 1914. Bond approved. The petitioner appeared *pro se.*

---

No. 412. Ex parte Arturo Martínez Delgado, Petitioner.—Petition for the approval of notarial surety bond executed by the National Surety Company on January 14, 1914. Decided February 2, 1914. Bond approved. The petitioner appeared *pro se.*

---

No. 7. Ex parte Batlle et al., Movers.—Proceedings to cancel notarial mortgage bond of Notary Juan Zazarías Rodríguez begun in the District Court of Mayagüez. Decided February 6, 1914. Bond ordered canceled. *Mr. José Benet* for the petitioners.

---

No. 405. Ex parte Eduardo López, Petitioner.—Petition for the approval of notarial surety bond executed by the Fidelity and Deposit Company of Maryland on February 7, 1914. Decided February 9, 1914. Bond approved. The petitioner appeared *pro se.*

---

No. 56. Ex parte José Miguel Márquez, Petitioner.—Proceedings for the cancellation of mortgage and personal bond of Registrar José Miguel Márquez begun in the District Court of Aguadilla. Decided February 10, 1914. Bond ordered canceled. The petitioner appeared *pro se.*